IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Burl, Earl L

Printed: 02/24/09

Case Number:  07 B 23864
Judge:  Hollis, Pamela S
Filed:  12/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 12, 2009
Confirmed:  February 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 656.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 616.71 |
| Trustee Fee: |  | 39.29 |
| Other Funds: |  | 0.00 |
| Totals: | 656.00 | 656.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Robert J Semrad & Associates | Administrative | 3,493.00 | 616.71 |
| 2. City Of Chicago Dept Of Revenue | Unsecured | 52.87 | 0.00 |
| 3. Jefferson Capital Systems LLC | Unsecured | 118.64 | 0.00 |
| 4. Jefferson Capital Systems LLC | Unsecured | 45.73 | 0.00 |
| 5. Commonwealth Edison | Unsecured | 68.98 | 0.00 |
| 6. Capital One Auto Finance | Unsecured | 1,597.84 | 0.00 |
| 7. Illinois State Tollway | Unsecured | 1,292.38 | 0.00 |
| 8. Mercedes Benz Financial | Unsecured |  | No Claim Filed |
| 9. Armor Systems Co | Unsecured |  | No Claim Filed |
| 10. Armor Systems Co | Unsecured |  | No Claim Filed |
| 11. Superior Asset Management | Unsecured |  | No Claim Filed |
| 12. Asset Acceptance | Unsecured |  | No Claim Filed |
| 13. Citgo Petroleum Corp | Unsecured |  | No Claim Filed |
| 14. First Consumers National Bank | Unsecured |  | No Claim Filed |
| 15. Merchant Credit Guide | Unsecured |  | No Claim Filed |
| 16. A Alliance Collection | Unsecured |  | No Claim Filed |
| 17. West Asset Management | Unsecured |  | No Claim Filed |
| 18. Palisades Collection LLC | Unsecured |  | No Claim Filed |
| 19. Merchant Credit Guide | Unsecured |  | No Claim Filed |
|  |  | $ 6,669.44 | $ 616.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Burl, Earl L

Printed: 02/24/09

Case Number: 07 B 23864
Judge: Hollis, Pamela S
Filed: 12/19/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 17.28 |
| 6.5% | 10.92 |
| 6.6% | 11.09 |
|  | $ 39.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: